**THE GLADESTRY.** (Circuit Court of Appeals, Second Circuit. February 23, 1904.) No. 118. Appeal from the District Court of the United States for the Eastern District of New York. This cause comes here on appeal from a decree in favor of libelant for injuries received while working in a gang of stevedores

discharging timber from the steamship Gladestry. J. Parker Kirlin, for appellant. Fredk. B. Bailey, for appellee. Before LACOMBE, TOWNSEND, and COXE, Circuit Judges.

PER CURIAM. This cause is on all fours with The Gladestry (opinion in which is handed down herewith) 128 Fed. 591. Decree affirmed, with interest and costs.